UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :        **INDICTMENT**

            - v. -                             **10 CRIM 1263**

YAOWEI HUANG CHEN,                    :
      a/k/a "Eric Huang,"
      a/k/a "Ah Wei,"                 :

            Defendant.         :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 5 2010

<u>COUNT ONE</u>

The Grand Jury charges:

1.   From at least in or about March 2010, through and including in or about October 2010, in the Southern District of New York and elsewhere, YAOWEI HUANG CHEN, a/k/a "Eric Huang," a/k/a "Ah Wei," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 8, United States Code, Section 1324(a)(2)(B)(ii).

2.   It was a part and an object of the conspiracy that YAOWEI HUANG CHEN, a/k/a "Eric Huang," a/k/a "Ah Wei," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that aliens had not received prior official authorization to come to, enter, and reside in the United States, would and did bring to and attempt to bring to the United States, for the purpose of

commercial advantage and private financial gain, such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## OVERT ACTS

3.    In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

a.    On or about September 10, 2010, in New York, New York, a co-conspirator not named herein discussed with a cooperating witness arrangements for smuggling Chinese nationals into the United States.

b.    On or about September 16, 2010, YAOWEI HUANG CHEN, a/k/a "Eric Huang," a/k/a "Ah Wei," the defendant, discussed with a cooperating witness arrangements for smuggling Chinese nationals into the United States.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

4.    As a result of committing the offense alleged in Count One of this Indictment, YAOWEI HUANG CHEN, a/k/a "Eric Huang," a/k/a "Ah Wei," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the alien smuggling offense.

2

<u>Substitute Asset Provision</u>

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has be substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982)

FOREPERSON

PREET BHARARA
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YAOWEI HUANG CHEN,
a/k/a "Eric Huang,"
a/k/a "Ah Wei,"

Defendant.

## INDICTMENT

10 Cr.

(8 U.S.C. § 1324(a)(2)(B)(ii);
18 U.S.C. §§ 371, 982.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_Foreperson._

12-15-10  Filed Indictment  A/W issued  Case assigned to J. Castel
Pitman
U S M J